UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2010 AUG 27  AM 8:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY 

| UNITED STATES OF AMERICA, | CASE NO. 10CR3056-WQH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| [1] FIDEL LEON-PEREZ, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 26, 2010

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE


ENTERED ON _____